WILLIAM T. HUTCHESON and WILLIAM T. HUTCHESON, JR., Doing Business as W. T. HUTCHESON & SON, Appellants, v. ANNA JATCZACK and ZIGGIE JATCZACK, Respondents.— Plaintiffs, in an action to set aside a conveyance of real property as being in fraud of their rights as creditors, appeal from an order obtained by defendants directing (a) that an additional defendant, husband of one of the present defendants and former cotenant by the entirety with her of the property conveyed, be brought in as a defendant, (b) that a supplemental summons and an amended complaint be served upon him, and (c) that the trial of the action be stayed until service of such papers on the additional and present defendants and the joinder of issue thereon. Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. If plaintiffs succeed in setting the conveyance aside, they can proceed only against the interest of the present defendant wife in the property, and the interest of her husband will not be affected. (*Finnegan* v. *Humes*, 252 App. Div. 385, 387; affd., without opinion, 277 N. Y. 682.) The husband is, therefore, neither a necessary nor a proper party to the action. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee, to the Lands, Tenements and Hereditaments Required for the Purpose of Opening and Extending of Amersfort Avenue from Avenue T to Flatbush Avenue; East 52nd Street from Avenue T to Avenue U, and for the Triangular Area Bounded by Avenue T, Amersfort Avenue and East 52nd Street, in the Borough of Brooklyn, City of New York. BOROUGH HOUSING CORPORATION, as Assignee of BECK BROWN REALTY CO., INC., Appellant; THE CITY OF NEW YORK, Respondent.— In a condemnation proceeding claimant's assignee appeals from the final decree entered therein relating to Damage Parcels 16, 17, 18 and 19. Final decree, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Proceeding, under the GRADE CROSSING ELIMINATION ACT, for the Elimination of the Existing Highway-Railroad Crossings at Grade of the Railroad Operated by the Long Island Railroad Company and St. Pauls Road, Cathedral Avenue, Hilton Avenue, Atlantic Avenue, Columbia Street and Jackson Street, in the Village of Hempstead and Franklin Avenue, Main Street, Second Street and Meadow Street in the Village of Garden City, Nassau County. (Case 8141.) INCORPORATED VILLAGE OF HEMPSTEAD, Appellant; THE PUBLIC SERVICE COMMISSION (STATE DIVISION, DEPARTMENT OF PUBLIC SERVICE) and LONG ISLAND RAILROAD COMPANY, Respondents.— Order of the Public Service Commission of the State of New York, dated December 27, 1938, which affirmed, after rehearing, its order dated December 21, 1937, directing the elimination of certain crossings at grade maintained by the Long Island Railroad Company at Columbia and Jackson streets, in the village of Hempstead, Nassau county, and the relocation of the station at a point north of Columbia street, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.